AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| ROBERT GRAHAM<br>*Plaintiff*<br>v.<br>CITY OF NEW YORK, WILLIAM GLENN and ANDREW UGBOMAH<br>*Defendant* | )<br>)<br>)  Civil Action No.  08CV3518 (MKB)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ the plaintiff *(name)* ROBERT GRAHAM recover from the defendant *(name)* CITY OF NEW YORK, WILLIAM GLENN and ANDREW UGBOMAH the amount of One Hundred and Fifty Thousand dollars ($ 150,000.00 ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____ .

This action was *(check one)*:

☒ tried by a jury with Judge MARGO K. BRODIE presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 09/26/2014

*CLERK OF COURT*

S/ Ogoro Francis

*Signature of Clerk or Deputy Clerk*