UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ROBERT GRAHAM,

Plaintiff,

-against-

CITY OF NEW YORK, WILLIAM GLENN, and ANDREW
UGBOMAH,

                                              Defendants.
------------------------------------------------------------------------ x

**STIPULATION AND
ORDER OF DISMISSAL**

08-CV-3518 (MKB) (RML)

      **WHEREAS,** the parties have reached a settlement agreement regarding plaintiff's

attorneys' fees, expenses, and costs and now desire to resolve the remaining issues raised in this

litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by

and between the undersigned, that

      1.     Plaintiff's claim for attorneys' fees, expenses, and costs arising out of the

above-referenced action is hereby dismissed with prejudice; and

2.      Notwithstanding the dismissal of any claim for attorneys' fees, expenses, and costs in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Brett H. Klein, Esq.
Brett H. Klein, Esq. PLLC
305 Broadway, Suite 600
New York, New York 10007

By: _____
    Brett Klein, Esq.
    *Attorney for plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
100 Church Street, Rm. 3-142
New York, New York 10007

By: _____
    Brian Francolla
    *Senior Counsel*

SO ORDERED:

_____
HON. MARGO K. BRODIE
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       _____, 2016